The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMARIO RASHEED STERLING and ELIZABETH ECKLUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMI L. FEEK, Commissioner, Washington State Employment Security Department, in her individual capacity, and in her official capacity; SUZAN G. LEVINE, Former Commissioner, Washington State Employment Security Department, in her individual capacity;<br><br>Defendants. | No. 3:22-cv-05250−DGE<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL OF CLAIMS OF PLAINTIFF ELIZABETH ECKLUND<br><br>NOTE ON MOTION CALENDAR:<br>March 16, 2023 |

### I.   STIPULATION

Plaintiff Elizabeth Ecklund and Defendants Cami Feek and Suzan Levine hereby stipulate as provided under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims of Plaintiff Ecklund in this action are hereby dismissed with prejudice, without award of fees or costs to any party; and that the pending summary judgment motion concerning Plaintiff Ecklund's claims, Dkt. No. 41, is hereby stricken and withdrawn.

//

STIPULATION AND ORDER OF
DISMISSAL - 1
Case No. 3:22-cv-05250−DGE

Smith & Dietrich Law Offices PLLC
3905 Martin Way E, Suite F
Olympia, WA 98506
Tel. (360) 915-6952

STIPULATED TO AND DATED this 16th day of March, 2023.

| | |
|---|---|
| SMITH & DIETRICH LAW OFFICES PLLC | HARRIGAN LEYH FARMER & THOMSEN LLP<br>Special Assistant Attorneys General |
| By: /s/ Walter M. Smith<br>   Walter M. Smith (WSBA No. 46695)<br>   walter@smithdietrich.com<br>   Steve E. Dietrich (WSBA No. 21897)<br>   steved@smithdietrich.com<br>   SMITH & DIETRICH LAW OFFICES PLLC<br>   3905 Martin Way E, Suite F<br>   Olympia, WA 98506<br>   Phone: (360) 915-6952 | By: /s/ Randall T. Thomsen<br>   Timothy G. Leyh, WSBA #14853<br>   Randall T. Thomsen, WSBA #25310<br>   Ariel A. Martinez, WBSA #54869<br>   Erica R. Iverson, WSBA #59627<br>   999 Third Avenue, Suite 4400<br>   Seattle, WA 98104<br>   Tel: (206) 623-1700<br>   Fax: (206) 623-8717<br>   Email: timl@harriganleyh.com<br>   Email: randallt@harriganleyh.com<br>   Email: arielm@harriganleyh.com |
| FRANK FREED SUBIT & THOMAS LLP<br><br>Marc C. Cote, WSBA #39824<br>Email: mcote@frankfreed.com<br>Jillian Cutler, WSBA #39305<br>Email: jcutler@frankfreed.com<br>Jack N. Miller, WSBA #57007<br>Email: jmiller@frankfreed.com<br>705 Second Avenue, Suite 1200<br>Seattle, WA 98104<br>Telephone: 206-682-6711 | *Attorneys for Defendants Cami L. Feek and Suzan G. Levine*<br><br>*Signed per e-mailed authorization dated March 14, 2023* |
| *Attorneys for Plaintiffs and the Proposed Classes* | |

## II.     ORDER

As stipulated by the parties, it is so ORDERED. All claims of Plaintiff Ecklund in this action are hereby dismissed with prejudice, without award of fees or costs to any party. The pending summary judgment motion concerning Plaintiff Ecklund's claims, Dkt. No. 41, is hereby stricken.

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. 3:22-cv-05250−DGE

Smith & Dietrich Law Offices PLLC
3905 Martin Way E, Suite F
Olympia, WA 98506
Tel. (360) 915-6952

DATED: March 16, 2023

*[signature]*

David G. Estudillo
United States District Judge

## CERTIFICATE OF SERVICE

I, Walter M. Smith, hereby certify that on March 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants in this action, including the following:

> Timothy G. Leyh, WSBA #14853
> Randall T. Thomsen, WSBA #25310
> Ariel A. Martinez, WBSA #54869
> Erica R. Iverson, WSBA #59627
> 999 Third Avenue, Suite 4400
> Seattle, WA  98104
> Email:  timl@harriganleyh.com
> Email:  randallt@harriganleyh.com
> Email:  arielm@harriganleyh.com
>
> *Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL - 3
Case No. 3:22-cv-05250−DGE

**Smith & Dietrich Law Offices PLLC**
3905 Martin Way E, Suite F
Olympia, WA 98506
Tel. (360) 915-6952

1  DATED this 16th day of March, 2023.

2

3                                       SMITH & DIETRICH LAW OFFICES, PLLC

4   By: /s/ Walter Smith
          Walter M. Smith, WSBA #46695
5         Email: walter@smithdietrich.com
          3905 Martin Way E., Suite F
6         Olympia, Washington 98506
          Telephone: (360) 915-6952
7
    *Attorneys for Plaintiffs and the Proposed Classes*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL - 4
Case No. 3:22-cv-05250−DGE

**Smith & Dietrich Law Offices PLLC**
3905 Martin Way E, Suite F
Olympia, WA 98506
Tel. (360) 915-6952